**Dismissed; Opinion Filed November 25, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01080-CV

### JOSEPH E. RICHER JR. AND SHARLA RICHER, Appellants
### V.
### NATIONSTAR MORTGAGE LLC., SERVICER FOR BANK OF AMERICA, NA, Appellee

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 92411-CC2**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Schenck
Opinion by Justice Schenck

Appellants, Joseph E. Richer and Sharla Richer, and Appellee, Nationstar Mortgage LLC Servicer for Bank of America NA, have notified the Court that they have finally resolved their underlying dispute. Appellants now seek to withdraw their appeal. Without passing on the merits of the case, we grant appellants' request to withdraw their appeal and dismiss the appeal. TEX. R. APP. P. 42.1.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

181080F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JOSEPH E. RICHER JR. AND SHARLA
RICHER, Appellants

No. 05-18-01080-CV　　　V.

NATIONSTAR MORTGAGE LLC.,
SERVICER FOR BANK OF AMERICA,
NA, Appellee

On Appeal from the 86th Judicial District
Court, Kaufman County, Texas
Trial Court Cause No. 92411-CC2.
Opinion delivered by Justice Schenck.
Chief Justice Burns and Justice Whitehill
participating.

　　　In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

　　　Subject to any agreement between the parties, we **ORDER** that appellee NATIONSTAR
MORTGAGE LLC., SERVICER FOR BANK OF AMERICA, NA recover its costs of this
appeal from appellant JOSEPH E. RICHER JR. AND SHARLA RICHER.

Judgment entered this 25th day of November, 2019.